UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00125-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER & ENTRY OF JUDGMENT |
| ERNST ISELI | ) | |
| Defendant. | ) | |

This matter comes before the Court on consent of the parties, the United States of America and Ernst Iseli. The parties agree that the United States is entitled to entry of a final judgment in its favor and against Ernst Iseli with respect to the penalties assessed against him for his failure to report his interest in a foreign bank account.[1] Accordingly,

JUDGMENT is hereby rendered in favor of the United States and against Ernst Iseli with regard to the 2006, 2007, 2008, and 2009 income tax years for his failure to report his financial interest in a foreign bank account, as required by 31 U.S.C. § 5314 and its implementing regulations, in the amount of $43,705.21 as of August 21, 2014 plus statutory additions which continue to accrue thereafter as provided by law from that date until fully paid; and it is further

ORDERED that the parties shall bear their own costs in this matter, including any attorney's fees.

IT IS SO ORDERED.

Signed: July 16, 2015

Frank D. Whitney
Chief United States District Judge

---

[1] For purposes of electronic filing, the Court has substituted electronic signatures on this document. The original signature appear on Document 8-1.

The plaintiff, the United States of America, and the defendant, Ernst Iseli, hereby consent to this final judgment.

| | |
|---|---|
| Date: 7/15/15 | Date: 7/14/15 |
| | |
| CAROLINE D. CIRAOLO | */s/ Stanton P. Geller* |
| Acting Assistant Attorney General | Stanton P. Geller |
| */s/ Katherine M. Reinhart* | 4401 Barclay Downs Drive, Suite 200 |
| Katherine M. Reinhart | Charlotte, North Carolina 28209 |
| Trial Attorney, Tax Division | Telephone: (704) 372-6322 |
| U.S. Department of Justice | Facsimile: (704) 414-2670 |
| Post Office Box 227 | Email: spg@ceclaw.com |
| Washington, D.C. 20044 | *Counsel for Ernst Iseli* |
| Telephone: (202) 307-6528 | |
| Facsimile: (202) 514-6866 | |
| Email: Katherine.Reinhart@usdoj.gov | |
| *Counsel for the United States* | |